**ORIGINAL**

Duration: 21 Minutes
Proceeding via: ☐ CourtCall  ☐ AT&T  ☑ In Person

DOCKET No. 24-cr-00082 (RMB) - 1        DEFENDANT Keonne Rodriguez

AUSA David Felton/Andrew Chan        DEF.'S COUNSEL Sean Buckley
                                      ☑ RETAINED  ☐ FEDERAL DEFENDERS  ☐ CJA  ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED

☑ Brady Warning Given                 ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 4/24/24 WDPA    ☑ VOL. SURR.
                                                         TIME OF ARREST 6:00 AM          ☐ ON WRIT
☐ Other: _____                                   TIME OF PRESENTMENT 2:04 PM

## BAIL DISPOSITION

☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE     ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☑ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE        (W.D.)    Real
☑ $1 million ___ PRB  ☑ 2 ___ FRP
☑ SECURED BY $_____ CASH/PROPERTY: 610 Wood Street, Harmony, PA 16037
☑ TRAVEL RESTRICTED TO SDNY/EDNY/~~E.D.~~ Pa. + points in between for travel only
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☑ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☑ HOME INCARCERATION  ☐ HOME DETENTION  ☐ CURFEW  ☐ STAND ALONE MONITORING
☑ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS  ☐ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☑ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☑ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: See below*

**ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:**

Additional conditions of release: (i) Defendant is not to operate, work for, or perform services for Samourai Wallet. (ii) Defendant is not to engage in any cryptocurrency transactions, directly or indirectly, w/o prior approval of PTS and the Government. (iii) Defendant is to have no contact with his co-defendant, directly or indirectly, except in the presence of counsel. (iv) Defendant is not to open any bank accounts or lines of credit w/o prior approval of PTS; (v) Defendant is to reside at 610 Wood Street, Harmony, PA.

*All remaining conditions to be met w/in 72 hours, except that Defendant may have until May 14 to secure the bond with the home at 610 Wood Street.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY           ☑ CONFERENCE BEFORE D.J. ON 5/14/24
☐ DEF. WAIVES INDICTMENT
☑ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL 5/14/24

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED     ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____    ☐ ON DEFENDANT'S CONSENT

DATE: 4/29/24                              _____
                                           UNITED ~~STATES~~ MAGISTRATE JUDGE, S.D.N.Y.