# UNITED STATES DISTRICT COURT
for the

___United States___
*Plaintiff*

v.

___Keonne Rodriguez___
*Defendant*

Case No. 24 Cr. 082

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

___Keonne Rodriguez___

Date: ___April 29, 2024___

___[signature]___
*Attorney's signature*

___Sean S. Buckley___
*Printed name and bar number*

___800 Third Avenue, New York, N.Y.___
*Address*

___sean.buckley@kobrekim.com___
*E-mail address*

___212-488-1253___
*Telephone number*

*FAX number*