**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Government, | : | 24 CR. 82 (RMB) |
| | : | |
| - against - | : | **ORDER** |
| | : | |
| KEONNE RODRIGUEZ, | : | |
| | : | |
| Defendant. | : | |

---------------------------------------------------------------x

The initial appearance scheduled for Tuesday, May 14, 2024 at 2:00 P.M. will take place in Courtroom 17B.

Dated: May 8, 2024
      New York, NY

                                           _____
                                               RICHARD M. BERMAN
                                                    U.S.D.J.