# KOBRE & KIM

800 Third Avenue
New York, New York 10022
www.kobrekim.com
Tel +1 212 488 1200

May 10, 2024

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    **Re:**    **United States v. Keonne Rodriguez,
              24 Cr. 082 (RMB)**

Dear Judge Berman:

      We write on behalf of Keonne Rodgriguez, the defendant in the above-referenced matter. As described below, Mr. Rodriguez respectfully requests that the Court grant two applications: (i) an adjournment of the May 14 status conference to a date and time convenient for the Court; and (ii) a modification of Mr. Rodriguez's bail conditions to extend the time within which he must comply with the final remaining bail condition. This is the Defendant's first request for an extension of time in this case. We have conferred with counsel for the Government, who (i) take no position on the adjournment of the status conference; and (ii) do not object to the extension of time to satisfy the final bail condition.

      First, Mr. Rodriguez is directed to appear for an initial status conference at 2:00 p.m. on Tuesday, May 14, 2024.[1] Unfortunately, due in part to Mr. Rodriguez's home detention in Pennsylvania and financial restrictions imposed upon release, Mr. Rodriguez has been unable to confer fully to finalize an engagement with counsel. Accordingly, we respectfully request that the Court briefly adjourn the May 14 initial status conference for a period of two weeks to a date convenient for the Court. We are hopeful the details of Mr. Rodriguez's representation, currently being discussed with the Government, will be finalized shortly. We have spoken with Mr. Rodriguez and he consents to the exclusion of speedy trial time to the next scheduled date, should the Court grant our request.

---

[1] Mr. Rodriguez continues to work through the process of engaging a private firm to represent him in this matter, including potentially the undersigned. As the Court is aware, the undersigned represented Mr. Rodriguez for the limited purpose of arraignment and bail in front of Judge Moses on April 29, 2024.

**Americas** (New York, Delaware, Miami, San Francisco, São Paulo, Washington DC)
**APAC** (Hong Kong, Seoul, Shanghai), **Caribbean** (BVI, Cayman Islands), **EMEA** (Cyprus, Dubai, London, Tel Aviv)

Kobre & Kim refers to Kobre & Kim llp, a New York Limited Liability Partnership.

Honorable Richard M. Berman
May 10, 2024
Page 2

      Second, we also respectfully request that Mr. Rodriguez be given a one-week extension to satisfy the conditions of his bond. At his initial appearance on April 29, Mr. Rodriguez's wife agreed to secure the $1,000,000 bond with property owned by Mrs. Rodriguez located in Pennsylvania. Judge Moses directed that the property be posted by May 14, 2024. However, the deed to the property (which is their marital home) was seized during the Government's search of the property at the time of Mr. Rodriguez's arrest. The Government only provided the deed to the property to the undersigned on May 8, 2024. Given this delay, we request that Mr. Rodriguez be allowed to perfect the bond by May 21, 2024.

      We appreciate the Court's consideration of this request, and, as always, are available to answer any questions the Court may have.

      Respectfully submitted,

      **KOBRE & KIM LLP**

      /s/   *Sean S. Buckley*
      Sean S. Buckley
      Michael T. Keilty
      KOBRE & KIM LLP
      800 Third Avenue
      New York, NY 10022
      (212) 488-1200
      Sean.Buckley@kobrekim.com
      Michael.Keilty@kobrekim.com

cc:    AUSAs Andrew Chan and David Felton
      *Attorneys for the Government*