**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                    Government,          :    24 CR. 82 (RMB)
                                         :
        - against -                      :    ORDER
                                         :
                                         :
KEONNE RODRIGUEZ,                        :
                                         :
                    Defendant.           :
------------------------------------------------------------x
```

The initial conference scheduled for Tuesday, May 28, 2024 at 11:00 A.M. will take place in Courtroom 17B.

Dated: May 22, 2024
       New York, NY

_Richard M. Berman_

RICHARD M. BERMAN
U.S.D.J.