UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>- v. -<br><br>KEONNE RODRIGUEZ,<br><br>                Defendant. | 24 Cr. 82 (RMB)<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that Michael Kim Krouse hereby appears on behalf of Keonne Rodriguez in the above-captioned action, certifies that he is admitted to practice in this Court, and further requests that copies of all papers in this action be served on the undersigned at the address below.

Dated:   New York, New York
        May 22, 2024                **ARNOLD & PORTER KAYE SCHOLER LLP**

                                    By:   */s/ Michael Kim Krouse*
                                          Michael Kim Krouse
                                          250 W. 55th Street
                                          New York, New York 10019
                                          Telephone: (212) 836-8000
                                          Facsimile: (212) 836-8689
                                          michael.krouse@arnoldporter.com

                                          *Attorney for Defendant Keonne Rodriguez*