# Arnold & Porter

Michael Krouse
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com

> Application granted on consent.
>
> SO ORDERED:
> Date: 5/23/24
> /s/ Richard M. Berman
> Richard M. Berman, U.S.D.J.

**BY ECF AND ELECTRONIC MAIL**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *United States v. Keonne Rodriguez*, 24 Cr. 82 (RMB)

Dear Judge Berman:

    We write on behalf of Keonne Rodriguez, the defendant in the above-referenced matter. An initial conference is scheduled for 11:00 a.m. on Tuesday, May 28, 2024, and we would like to meet with Mr. Rodriguez before and after the conference. Accordingly, we respectfully request that Mr. Rodriguez be permitted to travel to New York on Monday, May 27, and return to his home in the Western District of Pennsylvania on Thursday, May 30. We have conferred with the Government and Pretrial Services, each of whom has no objection to this request.

    If the Court grants this request, Mr. Rodriguez will provide Pretrial Services with his itinerary, including hotel information, in advance of travel. We are available to answer any questions the Court may have.

Respectfully submitted,

/s/ Michael Kim Krouse

Michael Kim Krouse

cc: AUSA Andrew Chan
      AUSA David Felton