UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

|   |   |
|---|---|
| UNITES STATES OF AMERICA, | |
| Plaintiff, | Case No. 24-cr-82 (RMB) |
| | (ECF Case) |
| – against – | **NOTICE OF APPEARANCE** |
| KEONNE RODRIQUEZ and<br>WILLIAM LONERGAN HILL, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Roger A. Burlingame, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant William Lonergan Hill in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York
       July 3, 2024

DECHERT LLP

By: */s/ Roger A. Burlingame*
    Roger A. Burlingame
roger.burlingame@dechert.com
160 Queen Victoria street
London ec4v 4qq, England
Tel.: 44 20 7184 7333
Fax: (44 20 7184 7001

*Attorneys for William Lonergan Hill*