**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
UNITED STATES OF AMERICA,                :
                                         :
                Government,         :       24 CR. 82 (RMB)
                                         :
    - against -                         :       **ORDER**
                                         :
                                         :
WILLIAM LONERGAN HILL,                   :
                                         :
                Defendant.          :
-------------------------------------------------------------x

       The initial conference scheduled for Wednesday, July 10, 2024 at 12:00 P.M. will take place in Courtroom 17B.

Dated: July 8, 2024
       New York, NY

                                              RICHARD M. BERMAN
                                              U.S.D.J.