UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | |
|---|---|
| UNITES STATES OF AMERICA, | Case No. 24-cr-82 (RMB) |
| Plaintiff, | (ECF Case) |
| – against – | **NOTICE OF APPEARANCE** |
| KEONNE RODRIQUEZ and WILLIAM LONERGAN HILL, | |
| Defendants. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Jeffrey A. Brown, a member of this Court in good standing, hereby enter my appearance as counsel of record on behalf of Defendant William Lonergan Hill in the above-captioned action, and request that copies of all papers in this action be served upon me at the address set forth below.

Dated: New York, New York  
July 8, 2024

DECHERT LLP

By: /s/ Jeffrey A. Brown  
　　Jeffrey A. Brown  
jeffrey.brown@dechert.com  
Three Bryant Park  
1095 Avenue of the Americas  
New York, New York 10036-6797  
Tel.: (212) 698-3511

*Attorney for William Lonergan Hill*