DOCKET No. S2 24 CR 82 RMB                    DEFENDANT William Lonergan Hill

AUSA Andrew Ken-Wei Chan                      DEF.'S COUNSEL Roger A. Burlingame
                                             ☑ RETAINED ☐ FEDERAL DEFENDERS ☐ CJA ☐ PRESENTMENT ONLY

☐ _____ INTERPRETER NEEDED        ☐ DEFENDANT WAIVES PRETRIAL REPORT

☐ Rule 5  ☑ Rule 9  ☐ Rule 5(c)(3)  ☐ Detention Hrg.    DATE OF ARREST 7/9/2024        ☐ VOL. SURR.
                                                        TIME OF ARREST 12:50PM         ☐ ON WRIT
☐ Other: _____              TIME OF PRESENTMENT 5:20PM

## BAIL DISPOSITION

                                                                        ☐ SEE SEP. ORDER
☐ DETENTION ON CONSENT W/O PREJUDICE        ☐ DETENTION: RISK OF FLIGHT/DANGER    ☐ SEE TRANSCRIPT
☐ DETENTION HEARING SCHEDULED FOR: _____
☐ AGREED CONDITIONS OF RELEASE
☐ DEF. RELEASED ON OWN RECOGNIZANCE
☑ $ 3,000,000 _____ BOND  ☑ 3 FRP
☑ SECURED BY $200,000 _____ CASH/PROPERTY: Lisbon Apt.; Paris Apt.; Brooklyn Apt. _____
☐ TRAVEL RESTRICTED TO SDNY/EDNY/_____
☐ TEMPORARY ADDITIONAL TRAVEL UPON CONSENT OF AUSA & APPROVAL OF PRETRIAL SERVICES
☐ SURRENDER TRAVEL DOCUMENTS (& NO NEW APPLICATIONS)

☐ PRETRIAL SUPERVISION:  ☐ REGULAR  ☐ STRICT  ☑ AS DIRECTED BY PRETRIAL SERVICES
☐ DRUG TESTING/TREATMT AS DIRECTED BY PTS  ☐ MENTAL HEALTH EVAL/TREATMT AS DIRECTED BY PTS
☐ DEF. TO SUBMIT TO URINALYSIS; IF POSITIVE, ADD CONDITION OF DRUG TESTING/TREATMENT
☐ HOME INCARCERATION  ☐ HOME DETENTION  ☑ CURFEW  ☐ STAND ALONE MONITORING
☐ LOCATION MONITORING TECHNOLOGY AS DIRECTED BY PTS    ☑ GPS
☐ DEF. TO PAY ALL OF PART OF COST OF LOCATION MONITORING, AS DETERMINED BY PRETRIAL SERVICES

☐ DEF. TO CONTINUE OR SEEK EMPLOYMENT  [OR]  ☐ DEF. TO CONTINUE OR START EDUCATION PROGRAM
☐ DEF. NOT TO POSSESS FIREARM/DESTRUCTIVE DEVICE/OTHER WEAPON

☐ DEF. TO BE DETAINED UNTIL ALL CONDITIONS ARE MET
☐ DEF. TO BE RELEASED ON OWN SIGNATURE, PLUS THE FOLLOWING CONDITIONS: _____
_____ ; REMAINING CONDITIONS TO BE MET BY: _____

### ADDITIONAL CONDITIONS/ADDITIONAL PROCEEDINGS/COMMENTS:

Defendant to be remain in SDNY/EDNY until all conditions are satisfied (cash security; properties secured; GPS bracelet installed) Passport to be surrendered to Defendant's counsel. Defendant permitted to travel to SDNY only with defense counsel. Defendant to report to SDNY Pretrial every 3 months. Phone tracking to be enforced and curfew set by Pretrial. During SDNY reporting, Defendant to provide address for temporary residence. Do not operate, work for, or perform services for Samourai Wallet. Do not engage in any cryptocurrency transactions, directly or indirectly, without approval from Gov't. Do not open any new bank accounts or lines of credit without prior approval of Pretrial. No contact, directly or indirectly, with co-defendant unless in the presence of counsel.

☑ DEF. ARRAIGNED; PLEADS NOT GUILTY              ☑ CONFERENCE BEFORE D.J. ON 7/10/2024
☐ DEF. WAIVES INDICTMENT
☐ SPEEDY TRIAL TIME EXCLUDED UNDER 18 U.S.C. § 3161(h)(7) UNTIL _____

For Rule 5(c)(3) Cases:
☐ IDENTITY HEARING WAIVED                        ☐ DEFENDANT TO BE REMOVED
☐ PRELIMINARY HEARING IN SDNY WAIVED             ☐ CONTROL DATE FOR REMOVAL: _____

PRELIMINARY HEARING DATE: _____            ☐ ON DEFENDANT'S CONSENT

**DATE:** 7/9/2024 _____

_____
UNITED STATES MAGISTRATE JUDGE, S.D.N.Y.