Court Exhibit A
24cr82
9/17/24

Docket + File
J. Berman's Chambers

- LEARN SPANISH

Rucksack
---

- Passports /R
- 10,000 USD (min) /R
- Shirt, Pants, Socks
- Burner + Unused SIM
- Multiple Phones
- C to Mint Bitcoin as possible
- Must Bitcoin written down
- USB Stick
  - Encrypted
  - SSH Keys und important spaces
  - Possibly 7 separating in file at space of my house
- Burner Laptop

TBD
- Private Travel (Air) ?
- Private Travel (Sea) ?

TRAVEL
1st - Through Jamaica
   - Travel by Sea
     - Miami → Trinidad

- No Gov's Paperwork
  → 10,000$ declared
  - 10 day visa

USAO_00010620

Preparing for Power grid Failure.
- "Blackout Box / BAG"
    - Lighting source
        - BATTERY
        - HAND CRANK
        - Rechargeable via Solar
    - RADIO
        - BATTERY
        - CRANK
    - Food
        - CANNED Prepared Food
        - CAN OPENER
    - WATER
        - AT LEAST 1 gal per person per day

USAO_00010621

- PA → MIAMI/KEY WEST
    - DRIVE OFF HIGHWAY
    - CASH MOTELS
    - SHITTY GAS STATIONS, CASH ONLY

- MIAMI/KEY WEST → JAMAICA
    - HIRE BOAT & CAPTAIN TO GO BY SEA
    - UK PASSPORT

- JAMAICA → CUBA
    - ~~FREE~~ REGIONAL AIR LINE
    - APPLY FOR VISA FROM JAMAICA

  OR

- JAMAICA → UK
    - UK ~~PASSPORT~~
    - CARGO CRUISE?

---

FL ASSETS | UK ASSETS

- SAM | • JEREMY

USAO_00010622



FL STASH
- ENCRYPTED USB
- SSH KEYS
- MNEMONIC PHRASE

~~BURNER PHONE + BURNER~~
- BURNER PHONE & UNUSED SIM
- $10,000 USD
- CHANGE OF CLOTHES, SHIRT, PANTS, HAT, EYEGLASSES, SUNGLASSES
- GOLD MASKS

PA STASH
- PASSPORTS
- $5000 USD
- CHANGE OF CLOTHES, SHIRT, PANTS, HAT, SUNGLASSES
- BURNER PHONE + UNUSED SIM
- BURNER LAPTOP
- GOLD MASKS
- GOLD NECKLACE, GOLD RINGS, GOLD BRACELET

USAO_00010623

<u>Aug 9</u>

- <u>Bug out prep</u>

  · SW → CUBA → CYPRUS
  · TD → CYPRUS

<u>Passport(s)</u>

- USA  ?
- UK   ? — SW MARCH 2027
- CYPRUS ?

SW — PA →(DRIVE) MIAMI →(BOAT) CUBA

<u>Domains</u>   <u>Servers</u>

USAO_00010624

Sensitivities

Notebooks ⟵ Destroy / S-U
Paperwork — D / SU
USB Sticks — D
SSD Drives — SU
HDD Drives — SU
Current Mobile Phones.
Old Mobile Phones — D / SU
Old Mail ⟵ D / SU






Storage Unit
  └ Local, Non Franchise
  └ Smallest Unit
  └ Laurens Name
  └ Paid in Cash?

Waterproof Containers
Faraday Bags

Digital Data Consolidated to 1) Primary Harddrive with Full Disc Encryption
2) Backup Harddrive w/ Full Disc Encryption.