

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

Jacob K. Javits Federal Building
26 Federal Plaza, 37th Floor
New York, New York 10278

January 17, 2025

ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/21/25

**BY CM/ECF**
The Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Keonne Rodriguez and William Lonergan Hill*, 24 Cr. 82 (RMB)

Dear Judge Berman:

The Court recently granted Defendant William Hill's request to adjourn the upcoming status conference from March 12, 2025 to March 18, 2025. The Government respectfully requests that the Court exclude time under the Speedy Trial Act between March 12, 2025 and March 18, 2025. The exclusion of time is in the interests of justice because it will allow for the defendants to continue to review discovery, prepare their pretrial motions, and prepare for trial. Counsel for both defendants have consented to the exclusion of time.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: /s/ Andrew K. Chan
Andrew K. Chan / David R. Felton
Assistant United States Attorneys
Tel: (212) 637-1072 / 2299

cc: Michael Krouse, Esq. (Counsel for Defendant Keonne Rodriguez)
Roger Burlingame, Esq. (Counsel for Defendant William Lonergan Hill)

Application granted. Time is excluded under the Speedy Trial Act for the reasons set forth in this letter.

SO ORDERED:
Date: 1/21/25
Richard M. Berman
Richard M. Berman, U.S.D.J.