# Arnold & Porter

**Michael Krouse**
+1 212.836.7750 Direct
Michael.Krouse@arnoldporter.com



March 31, 2025

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/25

**BY ECF**

Honorable Richard M. Berman
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Keonne Rodriguez, et al.*, 24 Cr. 82 (RMB)**

Dear Judge Berman:

We write on behalf of the parties in the above-referenced matter. During the last conference on May 18, 2025, the Court set a briefing schedule for pre-trial motions. The parties have now agreed to a slightly modified schedule, which we have submitted below for the Court's consideration:

- May 13, 2025:  Defense motions

- May 20, 2025:  Amicus briefs in support of defense motions

- June 10, 2025:  Government responses

- June 24, 2025:  Defense replies

Respectfully submitted,

Michael Kim Krouse

cc:  AUSA Andrew Chan
AUSA David Felton
AUSA Cecilia Vogel

Arnold & Porter Kaye Scholer LLP
250 West 55th Street  |  New York, NY 10019-9710  |  www.arnoldporter.com

Extensions Granted.
Before we get to Amicus
Briefs, Defense counsel
needs to send a letter indica-
ting Need for briefs and identi-
fying proposed Amici.

SO ORDERED.
Date: 4/1/25        Richard M. Berman

Richard M. Berman, U.S.D.J.

- 2 -