UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>-against-<br><br>KEONNE RODRIGUEZ and WILLIAM LONERGAN HILL,<br><br>Defendants. | Case No.: 24 CR. 82 (RMB) |

### **DEFENDANT KEONNE RODRIGUEZ'S NOTICE OF MOTION TO SUPPRESS**

PLEASE TAKE NOTICE that upon the accompanying Memoranda of Law, the undersigned will move this Court before the Honorable Richard M. Berman, in Room 17B of the United States District Court, 500 Pearl Street, New York, New York 10007, to suppress the evidence discovered in Defendant's personal safe during the April 24, 2024 search of his home.

PLEASE TAKE FURTHER NOTICE that upon prior order of the Court, answering papers, if any, shall be served on or before June 26, 2025, and any reply papers shall be served on or before July 10, 2025, with argument to be heard on July 22, 2025, at 1:00 p.m.

Dated:  May 29, 2025

Respectfully submitted,

*/s/ Michael Kim Krouse*
Michael Kim Krouse
William T. Sharon
Maya Kouassi
ARNOLD & PORTER
   KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710

(212) 836-8000
michael.Krouse@arnoldporter.com

Anthony J. Franze (*pro hac vice* pending)
ARNOLD & PORTER
   KAYE SCHOLER LLP
601 Massachusetts Avenue, NW
Washington, DC 20004
(202) 943-6479
anthony.franze@arnoldporter.com

Counsel *for Defendant Keonne Rodriguez*