```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                         :
UNITED STATES OF AMERICA,                :       24cr82-1(DLC)
                                         :
            -v-                          :       ORDER
                                         :
KEONNE RODRIGUEZ,                        :
                                         :
                  Defendant.             :
                                         :
-----------------------------------------X
```

DENISE COTE, District Judge:

Having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea is scheduled for July 30, 2025 at 10:00 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         July 29, 2025

                                    _____
                                              DENISE COTE
                                    United States District Judge