```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA,            :    24cr82-2(DLC)
                                     :
            -v-                      :    ORDER
                                     :
WILLIAM LONERGAN HILL,               :
                                     :
                  Defendant.         :
                                     :
-------------------------------------X
```

DENISE COTE, District Judge:

Having been informed that the defendant wishes to enter a change of plea, it is hereby

ORDERED that a change of plea is scheduled for July 30, 2025 at 10:30 AM in Courtroom 18B, 500 Pearl Street.

Dated:   New York, New York
         July 29, 2025

                              _____
                                       DENISE COTE
                              United States District Judge