UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
UNITED STATES OF AMERICA,               :        24cr82-2(DLC)
                                        :
            -v-                         :        ORDER
                                        :
WILLIAM LONERGAN HILL,                  :
                                        :
                 Defendant.             :
                                        :
----------------------------------------X

DENISE COTE, District Judge:

    As set forth on the record at the change of plea on July
30, 2025, it is hereby

    ORDERED that the defendant's conditions of bail are
modified as followed:

- The defendant's travel is restricted to the Southern
  and Eastern Districts of New York;

- The defendant is to surrender all passports and travel
  documents and make no new applications;

- The defendant is to submit to GPS location monitoring
  as determined by Pretrial Services. The defendant
  shall be subject to curfew as directed by Pretrial
  Services. The defendant is no longer required to
  share his phone location with Pretrial Services.

Dated:   New York, New York
         July 30, 2025

                            _____
                            DENISE COTE
                            United States District Judge